UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| ALEXANDER ALLEN-EL, | ) |
| | ) |
| Petitioner, | ) |
| | ) CAUSE NO. 3:17-CV-013-JD-MGG |
| vs. | ) |
| | ) |
| SUPERINTENDENT, | ) |
| | ) |
| Respondent. | ) |

OPINION AND ORDER

Alexander Allen-El, a *pro se* prisoner, filed a petition under 28 U.S.C. § 2254 challenging his prison disciplinary hearing in WCC 16-07-294 where a Disciplinary Hearing Officer (DHO) found him guilty of possession of a controlled substance in violation of Indiana Department of Correction (IDOC) policy B-202. ECF 2 at 1. As a result, he was sanctioned with the loss of 60 days earned credit time. *Id.*

After Allen-El filed his petition, the IDOC vacated the guilty finding, restored his earned credit time, and dismissed the charges. ECF 16-1. Based on the IDOC's action, the Respondent filed a motion to dismiss on the basis that Allen-El's petition is moot. ECF 16. As the Respondent points out, because the guilty finding and accompanying sanctions have been vacated and Allen-El's earned credit time was restored, there is nothing for this court to review. *See Hadley v. Holmes*, 341 F.3d 661, 664 (7th Cir. 2003) (prisoner can challenge prison disciplinary determination in habeas proceeding only when it resulted in a sanction that lengthened the duration of his confinement).

Allen-El has not filed a response and the time for doing so has passed. Regardless, the court cannot overturn the disciplinary proceeding and restore his time because the Indiana Department of Correction has already vacated the proceeding and restored his time. That is to say, Allen-El has

already won and there is no case left for this court to decide. Accordingly, this case must be dismissed.

For these reasons, the court **GRANTS** the motion to dismiss (ECF 16) and **DISMISSES** this case. The clerk is **DIRECTED** to close this case.

**SO ORDERED**.

ENTERED: June 9, 2017

                                             /s/ JON E. DEGUILIO
                                             Judge
                                             United States District Court